628

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS J. MORROW, Appellant, against W. H. WILKINS, as Warden, Respondent.— Motion granted to prosecute appeal on original papers, five copies of typewritten brief, and Leo J. Fallon, Esq. of Buffalo assigned as attorney to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. WILLIAMS, Appellant.— Motion granted to appeal on original papers, typewritten briefs, and Joseph C. Tisdall, Esq. of Buffalo assigned as attorney to conduct appeal and time for argument of appeal enlarged to include September 1960 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PARKER BARTLETT, Appellant.— Motion to prosecute appeal as a poor person, and for other relief, denied on the ground that the papers fail to show merit to the appeal. It clearly appears from the face of the petition that the petitioner is not entitled to the relief in question.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HUNT, Appellant.— Motion granted to prosecute appeal on original papers, five copies of typewritten brief, Thomas G. Rickert, Esq. of Buffalo assigned as attorney to conduct appeal and time for argument of appeal enlarged to include September 1960 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN A. TAYLOR, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal as a poor person, and for other relief, denied on the ground that the papers fail to show merit to the appeal.

■ In the Matter of HENRY C. FURHMANN, Petitioner, against THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.— Motion to prosecute appeal as a poor person, and for other relief, denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. MULLIGAN, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal as a poor person, and for other relief, denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE E. MERRITTE, JR., Appellant.— Motion to prosecute appeal as a poor person, and for other relief, denied on the ground that the papers fail to show merit to the appeal. The matter sought to be raised by *coram nobis* had been raised and was determined in a previous proceeding. (See *People* v. *Sullivan*, 4 N Y 2d 472.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. JACKSON, Appellant.— Motion to prosecute appeal as a poor person, and for other relief, denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MOORE, Appellant.— Motion to prosecute appeal as a poor person, and for other relief, denied on the ground that the papers fail to show merit to the appeal. (See *People* v. *Brown*, 3 A D 2d 696.)